IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHAD GILBERT                                                                                  PLAINTIFF

VS.                              NO. 3:18-cv-00198 PSH

ANDREW SAUL,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                              DEFENDANT

**ORDER**

Now before the Court is the plaintiff Chad Gilbert's ("Gilbert") motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Defendant Andrew Saul ("Saul") does not oppose the motion.

The Court grants the motion and approves an EAJA award in the amount of $1,619.92 (which includes $20.07 in expenses). The Court finds nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Gilbert, and not his attorney, as set forth in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the Department of Treasury shall issue payment of this award by check made payable to Gilbert, in care of his attorney, Stephanie Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 7th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE